MINUTE ENTRY
JUNE 18, 2014
KNOWLES, M. J.

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

DOMINICK GULLO

CRIMINAL ACTION

NO. 14-117

SECTION: L

### INITIAL APPEARANCE

APPEARANCES:   _X_ DEFENDANT (WITH) WITHOUT COUNSEL _G. Patrick Hand, Jr._
_701 Derbigny St., Gretna, LA. 70053_
_X_ ASSISTANT U.S. ATTORNEY   _WILLIAM QUINLAN - Elizabeth_
___ INTERPRETER   _Privitera for_
Designated by Court  and sworn .    Time: _____ .M  to  _____ M.

_X_/ DEFENDANT WAS ADVISED OF HIS RIGHTS

_X_/ READING OF THE INDICTMENT WAS:
  READ   WAIVED  (SUMMARIZED)

_X_/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: _64_

_/ BAIL SET AT _____

_____

_____

_____

_____

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING / REMOVAL HEARING /

ARRAIGNMENT IS SET FOR _June 19, 2014 at 2:00 p.m._

_/ HEARING TO DETERMINE COUNSEL IS SET FOR :_____

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

_June 19, 2014 at 2:00 p.m._

X/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING / REMOVAL

HEARING / ARRAIGNMENT/DETENTION HEARING /HEARING TO DETERMINE COUNSEL

WITH COUNSEL_____

