UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-117 |
| v. | * | SECTION: "L" |
| DOMINICK GULLO | * | |
| | * * * | |

### GOVERNMENT'S REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17(a) and (c) of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

### SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS

___2___ sets for a hearing scheduled on September 4, 2014

                                                  Respectfully submitted,

                                                  KENNETH ALLEN POLITE, JR.
                                                  UNITED STATES ATTORNEY

                                                  /s/ William J. Quinlan, Jr.
                                                  WILLIAM J. QUINLAN, JR.
                                                  Assistant United States Attorney
                                                  La. Bar Roll No. 22600
                                                  650 Poydras Street, Suite 1600
                                                  New Orleans, Louisiana 70130
                                                  Telephone: (504) 680-3028

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 3, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

                                                              <u>/s/William J. Quinlan, Jr.</u>
                                                              WILLIAM J. QUINLAN, JR.
                                                              Assistant United States Attorney