UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO. 14-117 |
| DOMINICK GULLO | * | SECTION "L" |

## ORDER

Before the Court is the United States of America's (Government) Response in Opposition (Rec. Doc. 35) to Defendant Dominick Gullo's Motion to Suppress Evidence (Rec. Doc. 31).

**IT IS ORDERED** that Government's request (Rec. Doc. 35), to deny an evidentiary hearing on Defendant's Motion to Suppress, is hereby **DENIED.**

**IT IS FURTHER ORDERED** that the Motion to Suppress (Rec. Doc. 31) is still set for hearing on September 4, 2014 at 2:00 p.m.

New Orleans, Louisiana, this 3rd day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE