UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET** |
| Plaintiff, | | |
| **VERSUS** | * | **NO. 14-117** |
| **JOSEPH F. GAGLIANO** | * | **SECTION "L"** |
| **DOMINICK GULLO** | | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion For Leave of Court To File Reply Memorandum In Support Of Motion To Suppress:

**IT IS ORDERED** that the defendant, Dominick Gullo, be and he is hereby granted leave of Court to file the attached Motion For Leave of Court To File Reply Memorandum In Support Of Motion To Suppress.

New Orleans, Louisiana, this  4th  day of  September  , 2014.

_____
**UNITED STATES DISTRICT JUDGE**