MINUTE ENTRY
FALLON, J.
SEPTEMBER 4, 2014

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO.  14-117

DOMINICK GULLO                               SECTION: L

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances: AUSA William Quinlan, Jr. for the government
             G. Patrick Hand, Jr., Esq. for the defendant
             Probation Officer

---

Defendant is present - <u>Evidentiary Hearing</u>

Defendant's Motion to Suppress Evidence (31)

<u>Government Witness:</u>
Deputy Lamar Hooks, Jr. - sworn and testified
Government's Exhibits 3, 4 and 7 were offered

After argument - Motion is taken under submission. Additional
briefing to be filed.

```
┌─────────────────────┐
│ JS10:  :55          │
└─────────────────────┘
```